UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

IN THE MATTER OF THE SEARCH OF )  MISC. NO.:
INFORMATION ON Website: URL site )
http://clientaccounting.############.com )
/ )
)

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, hereby moves this Court to seal the affidavit and attachments A and B in support of the warrant. The Court has the inherent authority to seal this document. *See Baltimore Sun v. Goetz*, 886 F. 2d 60 (4th Cir. 1988). The purpose of the Government's request is to protect the information contained within this document to avoid the disclosure of the investigation of violations of United States Code (U.S.C.) Section 1320a-7b(b) of Title 42 (Health Care Fraud Anti-Kickback Statute) and U.S.C. Section 1347 of Title 18 (Health Care Fraud) at this time.

Based on the facts in the affidavit, there is reason to believe that disclosure of the information in that document would seriously jeopardize the investigation including by giving targets the opportunity to destroy or tamper with evidence, change patterns of behavior, flee from prosecution, and intimidate cooperating and potential witnesses. For these reasons, the Government submits that the interests in sealing the affidavit outweigh the common-law public right of access and that sealing is "essential to preserve higher values." *See Media Gen. Operations, Inc. v. Buchanan*, 417 F.3d 424, 429-31 (4th Cir. 2005). The Government further submits that – given the existence of international subjects and evidence along with the on-going nature of the crime – the denial of access is narrowly tailored to serve the Government's interests in sealing. *Id.* at 429.

Based on the foregoing, the Government requests that the affidavit in support of the

warrant and attachments A and B be filed under seal except that working copies should be made available to the United States Attorney's Office, the FBI, and any other law enforcement agency designated by the United States Attorney's Office.

Respectfully submitted

BETH DRAKE
UNITED STATES ATTORNEY

By: s/ Jim May
Jim May (#11355)
Assistant United States Attorney

Columbia, South Carolina
February 5, 2018