AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )       Case No.
Website: URL site )
http://clientaccounting.############.com/ )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Website: URL site http://clientaccounting.############.com/, a cloud based website, more specifically detailed in Attachment A.

located in the _____ District of ___South Carolina___ , there is now concealed *(identify the person or describe the property to be seized)*:
All evidence, records, communications that relate to violations of United States Code (U.S.C.) Section 1320a-7b(b) of Title 42 (Health Care Fraud Anti-Kickback Statute) and U.S.C. Section 1347 of Title 18 (Health Care Fraud), including financial statements and other documentation, more detailed in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1347 | Health Care Fraud |
| 42 USC 1320a-7b | Anti-Kickback Statute |

The application is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.

☑ Delayed notice of _____ days (give exact ending date if more than 30 days: __01/25/2019__ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Neil Power
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 8, 2018

City and state: Columbia, SC

_____
*Judge's signature*

PAIGE J. GOSSETT, U.S. MAGISTRATE JUDGE
*Printed name and title*