IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF SOUTH CAROLINA

IN THE MATTER OF THE SEARCH OF
INFORMATION ON Website: URL site
http://clientaccounting.############.com

## ORDER DIRECTING ALLOWING THE GOVERNEMNT NOT TO DISCLOSE INFORMATION

The United States has submitted an application pursuant to 18 U.S.C. § 3103(a)(b)(1) referencing 18 U.S.C. § 2705(b) to not be required to notify any person of the existence of the search warrant in the above captioned matter until January 25, 2019, absent further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the search warrant will seriously jeopardize the investigation, including by giving targets the opportunity to destroy or tamper with evidence (including electronic evidence), change patterns of behavior, intimidate potential witnesses, and endanger the safety of individuals. *See* 18 U.S.C. § 3103(a)(b)(1) referencing 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 3103(a)(b)(1), the Government need not disclose the existence of the search warrant, absent further order of the Court, until January 25, 2019.

IT IS SO ORDERED.

HONORABLE PAIGE JONES GOSSETT
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina
February 8, 2018